## Obedin *v.* Donnelly & Suess, Inc., Appellant.

Argued September 17, 1965. *Barbara Ann Duffy,* with her *Fell &*

*Spalding,* for appellant; *Edward Greer,* with him *Mesirov, Gelman, Jaffe & Levin,* for appellee.

Judgment affirmed.

FLOOD, J., absent.